ALBANY,
Jan. 1833.

Palmer
v.
The People.

---

## PALMER vs. THE PEOPLE.

*Larceny* may be committed by a man stealing his own property, where the intent is to charge another with the value of it.

Where property is levied upon by a constable, he acquires a special property in it, and if stolen, it may be charged in an indictment or complaint as the property of the constable.

CERTIORARI to court of special sessions. Isaac Palmer was charged before a justice of the peace of Steuben county with

ALBANY,
Jan. 1833.

Palmer
v.
The People.

having *feloniously* stolen 5 bunches of shingles, the property of one R. O. Jennings. He was tried before a court of *special sessions,* convicted and sentenced to pay a fine of $6 and to be imprisoned 30 days. The shingles were levied upon by Jennings as being the property of Palmer, by virtue of an execution which Jennings held as a constable, were left at the place where the levy was made, and Palmer was informed of the levy. Palmer subsequently sold the shingles, charged the constable with having taken them away, and said that he would make him pay for them, and accordingly brought a suit against the constable. The defendant sued out a *certiorari.*

*By the Court,* SAVAGE, Ch. J.   There is no doubt a man may be guilty of larceny in stealing his own property, when done with intent to charge another person with the value of it.   2 *East's Cr. L.* 558, § 7.   1 *Hawkins, ch.* 33, § 30.   The constable, by levying on the shingles, had acquired a special property in them, 7 *Cowen,* 297; 6 *Johns. R.* 196; and the charge was well laid by stating the property to be in the constable, 8 *Cowen,* 137.   14 *Mass. R.* 217.   The evidence fully warranted the conviction, and the judgment of the court of special sessions must be affirmed.